UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CIVIL CASE NO. 5:18-CV-210-JMH

UNITED STATES OF AMERICA                                        PLAINTIFF

V.

UNKNOWN SPOUSE OF ANGELIA                                       DEFENDANTS
COOK, et al.

**MOTION FOR WARNING ORDER REPORT**

* * * * * * *

Comes the Warning Order Attorney, Hon. Dan Carman, and respectfully requests this Court enter an Order authorizing payment for of his attorney fees and expenses in performing his duties as Warning Order Attorney in this matter. In support of this Motion, undersigned counsel attaches the Warning Order report and Affidavit detailing efforts, as well as expenses incurred.

                                    Respectfully submitted,

BY:     /s/ Dan Carman
        Dan Carman
        Attorney at Law, PLLC
        271 West Short Street, Suite 110
        Lexington, Kentucky 40507
        (859) 685-1055 (office)
        (859) 396-1049 (cell)
        (859) 223-0581 (facsimile)
        E-mail: dan.carman.attorney@gmail.com
        *Warning Order Attorney*

**CERTIFICATE OF SERVICE**

On October 5, 2018, I electronically filed the foregoing through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                     /s/ Dan Carman
                                    Dan Carman
                                    *Warning Order Attorney*